THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RIVERA,
DEFENDANT AND APPELLANT.

THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GONZÁLEZ,
DEFENDANT AND APPELLANT.

THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* DONES,
DEFENDANT AND APPELLANT.

THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GARCÍA,
DEFENDANT AND APPELLANT.

APPEALS from the District Courts of Guayama and Ponce,
in Prosecutions for an Offense Against the Election Law
(Violation of Section 162 of the Penal Code).

Nos. 762, 763, 764 and 768.—Decided March 8, 1915.

Decided on the ground of the opinion delivered in Case No. 761, *The People* v.
*Gallardo, ante.*

Mr. *Salvador Mestre, fiscal,* for The People.
The defendants did not appear.

*Judgments reversed and defendants discharged.*

Justices del Toro, Aldrey and Hutchison concurred.
Mr. Chief Justice Hernández took no part in the decision
of the first three cases.